MICHAEL MIHALCHIK et al., as Administrators of the Estate of MARY A. MIHALCHIK, Deceased, et al., Respondents, v. SCHEPIS CONSTRUCTION Co., INC., Appellant, and HENRY L. JENSEN, Respondent. (Action No. 1.) VINCENT FANZO, as Guardian ad Litem of RICHARD FANZO, et al., Respondents, v. SCHEPIS CONSTRUCTION Co., INC., Appellant, and HENRY L. JENSEN, Respondent. (Action No. 2.) — In an action to recover damages for wrongful death and for personal injuries, and for medical expenses and loss of services (Action No. 1), and in an action to recover damages for personal injuries and for medical expenses and loss of services (Action No. 2) against the operator of a motor vehicle and the owner of said vehicle, Schepis Construction Co., Inc., the corporation appeals from an order denying its motion for leave to serve an amended answer in each of the two actions so as to add a defense of *res judicata.* Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

ESTHER PERCHICK, Appellant, v. NEW YORK CITY HOUSING AUTHORITY et al., Respondents.— In an action to recover damages for personal injuries, the appeals are (1) from an order denying appellant's motion for a preference (Rules Civ. Prac., rule 151) on the ground that an immediate trial is necessary because of appellant's age and condition, and (2) from an order granting the motion of respondent New York City Housing Authority to strike the case from the calendar on the grounds that appellant failed to furnish a hospital authorization and failed to arrange for her physical examination by said respondent, although due demand had been made for such authorization and such examination. Orders affirmed, without costs. No opinion. Murphy, Acting P. J., Ughetta, Hallinan and Kleinfeld, JJ., concur.